Charles JONES, a/k/a Nicholas Warner Jones, a/k/a Jeffrey Victor Warner, Plaintiff—Appellant,

v.

COURT OF APPEALS; Governor of the State of Maryland; Marvin B. Steinberg, Maryland State Judge; Arrie W. Davis, Maryland State Judge; Diane Elizabeth Keller, Assistant Attorney General, Defendants—Appellees.

No. 04–7724.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 16, 2004.

Decided Dec. 28, 2004.

Charles Jones, Appellant pro se.

Before MICHAEL, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Charles Jones appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Jones v. Court of Appeals,* No. CA–04–3153–RDB (D. Md. filed Oct. 7, 2004; en-

tered Oct. 8, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*